Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC BONNANT,

    Plaintiff,

-against-

MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC. and MERRILL LYNCH CAPITAL SERVICES, INC.,

    Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-3-13
```

11-CV-9025 (RJS)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties herein that this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated: New York, New York
      June 14, 2013

**DAVID J. HOFFMAN, ESQ.**

By: _____
David J. Hoffman
1 Whitehall Street, Suite 1825
New York, New York 10004
917.701.3117
Email: djhoffman@djhoffmanlaw.com

*Attorney for Plaintiff*

**BRESSLER, AMERY & ROSS, P.C.**

By: _____
David Libowsky
Bressler, Amery & Ross, P.C.
17 State Street, 34th Floor
New York, New York 10004
212.425.9300
Email: dlibowsky@bressler.com

*Attorneys for Defendants*

SO ORDERED
Dated: 7/3/13

RICHARD J. SULLIVAN
U.S.D.J.

A/75591750.1